

**Entered on Docket
September 15, 2009**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re )<br> )<br>ERIK and SONYA FREDERICKSON, )<br> )<br> Debtor. )<br> )<br> )<br>_____ ) | Case No. 09-51338<br><br>Chapter 7<br><br>Date: September 4, 2009<br>Time: 1:30 p.m. |

**ORDER**

The motion for relief from the automatic stay by Deutsche Bank National Trust Company, etc., is ORDERED DENIED because it is moot. The court previously confirmed a plan providing that its confirmation constituted an order modifying the automatic stay permitting those creditors, including the movant, secured by 5544 Tappan Drive in Reno to exercise their remedies under nonbankruptcy law against such property. The motion is unnecessary because the movant already has the relief sought in the motion.